IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GEORGE LEGRAND, STANLEY BERNSTEIN, | § § § | |
| *Plaintiffs,* | § § | SA-20-CV-01167-XR |
| vs. | § § | |
| STATE FARM LLOYDS, | § § § | |
| *Defendant.* | § | |

# **ORDER**

Before the Court is Plaintiff's Opposed Motion to Compel and for *In Camera* Inspection [#18], Defendant's response [#22], and Plaintiff's reply [#23]. The Court held a hearing on the motion on March 3, 2021, at which the parties appeared through counsel telephonically. Prior to the hearing, in accordance with the Court's Order, the parties filed a Joint Advisory to the Court [#24]. Through the advisory and at the hearing, the parties informed the Court that they had reached an agreement on the documents to be submitted for an *in camera* inspection. Defendant also described the categories of documents that were withheld or redacted, and Plaintiffs conceded that if the documents indeed fit within those categories, Plaintiffs were not seeking to compel those documents because they do not relate to the property damage and valuation of that damage. At the close of the hearing, the undersigned directed Defendant to submit for inspection the documents identified in the joint advisory, which Defendant did. The undersigned conducted the *in camera* inspection and concludes the documents indeed fall into the categories described by Defendant. In accordance with the foregoing,

1

**IT IS ORDERED** that Plaintiff's Opposed Motion to Compel and for *In Camera* Inspection [#18] is **GRANTED IN PART** in that an *in camera* inspection was conducted. In all other respects, the motion is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 5th day of March, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE